UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL DURAN,<br>Plaintiff,<br>v.<br>FEDERAL EXPRESS CORPORATION; and DOES 1-20, Inclusive,<br>Defendants. | **Case No. 2:25-cv-03457-TLN-JDP**<br>[Assigned to for all Purposes to: United States District Judge Hon. Troy L. Nunley<br>Courtroom 2– 15th Floor]<br>[San Joaquin County Superior Court Case No.: STK-CV-UWT-2025-0015551]<br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO AMEND INITIAL PRETRIAL SCHEDULING ORDER** |

Having considered the Parties' Joint Stipulation to Amend Initial Pretrial Scheduling Order, and finding good cause appearing pursuant to Federal Rule of Civil Procedure 16(b)(4):

**IT IS HEREBY ORDERED** that the Joint Stipulation is **GRANTED**. The Court's Initial Pretrial Scheduling Order (ECF No. 12) and Minute Order (ECF No. 16) are modified as follows:

1. **Fact Discovery Completion:** The deadline for the completion of all fact discovery is extended by ninety (90) days from the date currently set under Section III of the Initial Pretrial Scheduling Order and Minute Order (ECF No. 16). In this context, "completed" means that all discovery shall have been

conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary, and where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the assigned Magistrate Judge's calendar in accordance with the Local Rules.

2. **Disclosure of Expert Witnesses:** Counsel shall designate in writing, file with the Court, and serve upon all other parties the expert disclosures and written reports compliant with Federal Rule of Civil Procedure 26(a)(2)(B) not later than sixty (60) days after the close of the extended fact discovery period.
3. **Supplemental and Rebuttal Expert Disclosures:** Any supplemental or rebuttal expert disclosures shall be designated not later than thirty (30) days after the extended initial expert designation deadline.
4. **Supplemental Discovery Exchanges (Fed. R. Civ. P. 26(e)):** Pursuant to Federal Rule of Civil Procedure 26(e), the parties shall exchange any supplemental disclosures and responses (including expert supplemental materials) no later than thirty (30) days prior to the extended dispositive motion filing deadline.
5. **Dispositive Motions Deadline:** The parties shall file dispositive motions no later than one hundred eighty (180) days after the close of the extended fact discovery period. All dispositive motion briefing must comply with Local Rules 230 and 260 and Judge Nunley's Civil Standing Order.
6. **Joint Notice of Trial Readiness:** The parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving the Court's ruling(s) on the last filed dispositive motion(s), or, if the parties do not intend to file dispositive motions, not later than thirty (30) days after the extended dispositive motion filing deadline.
7. All other provisions of the Initial Pretrial Scheduling Order (ECF No. 12) and Minute Order (ECF No. 16) not inconsistent with this Order shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: November 9, 2026



Troy L. Nunley
Chief United States District Judge